**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

GARY W. GARDNER                                                                                    PETITIONER
ADC #95674

v.                                          NO. 5:14CV00131 JLH/BD

RAY HOBBS, Director,
Arkansas Department of Correction                                                       RESPONDENT

## JUDGMENT

In accordance with the Court's Order entered this date, Gary W. Gardner's 28 U.S.C. § 2254 petition for writ of habeas corpus is DENIED and DISMISSED with prejudice.

IT IS SO ORDERED this 3rd day of July, 2014.

_____
UNITED STATES DISTRICT JUDGE